# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141064

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

WILLIAM CLARENCE KOCH,
  Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141064
COA: 289948
Allegan CC: 08-015628-FH

_____/

   On order of the Court, the application for leave to appeal the April 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010               
                  Clerk

s0830